United States Bankruptcy Court
Northern District of Ohio

In re:  
Elba Padua  
       Debtor

Case No. 17-10450-aih  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0647-1 | User: mgaug | Page 1 of 1 | Date Rcvd: Aug 12, 2019 |
|---|---|---|---|
| | Form ID: pdf801 | Total Noticed: 5 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.
```
db             +Elba Padua,    1943 East 32nd Street,    Lorain, OH 44055-1926
cr              eCAST Settlement Corporation,    PO Box 29262,    New York, NY  10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bncmail@w-legal.com Aug 12 2019 22:45:06      Comenity Capital Bank,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    Seattle, WA 98121-3132
cr              E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 12 2019 22:45:11      Jefferson Capital Systems LLC,
                 PO Box 7999,    Saint Cloud, MN  56302-9617
cr             +E-mail/Text: bncmail@w-legal.com Aug 12 2019 22:45:06      Synchrony Bank,
                 c/o Weinstein & Riley, PS,    2001 Western Avenue Suite 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:
```
              Lauren A. Helbling    ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com
              William J. Balena    on behalf of Debtor Elba  Padua docket@ohbksource.com, debra@ohbksource.com
                                                                                             TOTAL: 2
```

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 12, 2019, which may be different from its entry on the record.**

IT IS SO ORDERED.

Dated: August 12, 2019

ENTERED UNDER ADMINISTRATIVE ORDER NO. 02-10: JOSIAH C. SELL, ACTING CLERK OF BANKRUPTCY COURT
BY: /s/ Michael Gaughan
Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re:  Elba Padua | ) Case Number 17-10450 |
| | ) Chapter 13 Proceedings |
| Debtor | ) Judge Arthur I. Harris |

### ORDER GRANTING CHAPTER 13 TRUSTEE'S MOTION FOR EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

Upon consideration of the Trustee's Motion for Examination pursuant to Bankruptcy Rule 2004, and for good cause shown:

**IT APPEARS** to the Court that the Trustee's Motion for examination pursuant to Bankruptcy Rule 2004 is well taken and will be granted.

**IT IS ORDERED** that, pursuant to the Trustee's Motion, Elba Padua, as well as counsel of record, William J. Balena, will appear for examination pursuant to Bankruptcy Rule 2004 at the following time and place:

**Wednesday, September 4, 2019, at 10:30 AM**

341 Meeting Room, 6th Floor
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland OH 44114

**IT IS FURTHER ORDERED** that the Debtor is required to bring to this examination all the documents and records as listed and requested in the Trustee's motion for examination. Failure to comply with this Order and appear for examination is cause for dismissal of this case. Submission to the Trustee of the documents requested will not excuse the Debtor and counsel from appearing at the U.S. Bankruptcy Courthouse for examination at the designated time.

Submitted by:

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com

### SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee, (served via ECF)

William J. Balena, Attorney for Debtor (served via ECF)

Elba Padua, Debtor
1943 East 32nd St.
Lorain OH 44055

###